S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
YUNNIE YOUN AHN (CA Bar No. 265517)
yahn@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., FOR
ITSELF AND AS SUCCESSOR BY MERGER
TO CHASE HOME FINANCE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. RIESE, aka MICHAEL RIESE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, NDEx WEST, LLC, J.P. MORGAN CHASE BANK, NA, and DOES 1 – 10,<br><br>　　　　　Defendants. | **CASE NO.: C 11-03297 NJV**<br><br>**JUDGE:** Hon. Nandor J. Vadas<br><br>**MOTION TO APPEAR BY TELEPHONE AT THE MOTION TO DISMISS COMPLAINT**<br><br>**CTRM:** 205A, 2nd Floor<br>**DATE:** September 13, 2011<br>**TIME:** 10:00 a.m.<br><br>**Action Filed:** June 15, 2011 |

Defendant JPMorgan Chase Bank, N.A., for itself and as successor by merger to Chase Home Finance LLC ("JPMorgan" and "Defendant"), through its undersigned counsel, and seeks leave of Court for its counsel to attend the Motion to Dismiss the Complaint before the Honorable Judge Nandor J. Vadas, currently set for September 13, 2011 at 10:00 a.m. via telephone, as follows:

///

///

1. It would be unduly burdensome and costly for Defendant's counsel to travel from Santa Ana, California to Sacramento, California for the Motion to Dismiss First Amended Complaint.

2. The telephonic appearance of Defendants' counsel will not prejudice any party and will not hamper the efficient running of the Motion to Dismiss First Amended Complaint.

3. Therefore, Defendant respectfully requests leave to allow their counsel to appear at the Motion to Dismiss First Amended Complaint via telephone.

DATED: September 6, 2011

ALVARADOSMITH
A Professional Corporation

By: /s/ S. Christopher Yoo
S. CHRISTOPHER YOO
YUNNIE YOUN AHN
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., FOR ITSELF AND AS SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC


# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE
*Riese, Michael v. Chase Home Finance LLC, et al.*
Humboldt County Superior Court Case No.: DR110498 (Removal pending)
USDC Northern SF Case No.: (Pending)

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **AlvaradoSmith, 1 MacArthur Place, Santa Ana, CA 92707**.

On SEPTEMBER 6, 2011, I served the foregoing document described as **MOTION TO APPEAR BY TELEPHONE AT THE MOTION TO DISMISS COMPLAINT** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☒ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on September 6, 2011, at Santa Ana, California.

*/s/ Lisa West*
LISA WEST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SERVICE LIST**
*Riese, Michael v. Chase Home Finance LLC, et al.*
Humboldt County Superior Court Case No.: DR110498 (Removal pending)
USDC Northern SF Case No.: (Pending)

ROBERT F. COCHRAN                    T (707) 464-3178
LAW OFFICE OF ROBERT F. COCHRAN,
888 FOURTH STREET
CRESCENT CITY, CA 95531

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

PROOF OF SERVICE

1209514.1