S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
YUNNIE YOUN AHN (CA Bar No. 265517)
yahn@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., FOR ITSELF AND AS SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. RIESE, aka MICHAEL RIESE,<br><br>Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, NDEx WEST, LLC, J.P. MORGAN CHASE BANK, NA, and DOES 1 – 10,<br><br>Defendants. | **CASE NO.: C 11-03297 NJV**<br><br>**JUDGE:** Hon. Nandor J. Vadas<br><br>[PROPOSED] **ORDER GRANTING MOTION TO APPEAR BY TELEPHONE AT THE MOTION TO DISMISS COMPLAINT**<br><br>**CTRM:** 205A, 2nd Floor<br>**DATE:** September 13, 2011<br>**TIME:** 10:00 a.m.<br><br>**Action Filed:** June 15, 2011 |

The Court, having reviewed the Motion to Appear by Telephone at the Motion to Dismiss the Complaint ("Motion") filed by Defendant JPMorgan Chase Bank, N.A., for itself and as successor by merger to Chase Home Finance LLC ("JPMorgan" and "Defendant") in good cause appearing therefore, hereby orders as follows:

///

///

1  IT IS HEREBY ORDERED THAT Defendant may appear telephonically at the Motion
2  currently set to be heard on September 13, 2011 at 10:00 a.m. in Courtroom 205A, 2nd Floor before
3  the Honorable ~~District~~ *Magistrate* Judge Hon. Nandor J. Vadas, of the above-entitled Court, by and through its
4  counsel, S. Christopher Yoo, (714) 852-6800.   Counsel shall call 888-684-8852, enter access code 8120805 and security code 4487

DATED: 9/9/11

By: /s/ *[signature]*
Hon. Nandor J. Vadas
U.S. ~~District~~ Court Judge
*Magistrate*

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA