1  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@AlvaradoSmith.com
2  YUNNIE YOUN AHN (CA Bar No. 265517)
   yahn@AlvaradoSmith.com
3  ALVARADOSMITH
   A Professional Corporation
4  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
5  Tel: (714) 852-6800
   Fax: (714) 852-6899
6
7  Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A., FOR
   ITSELF AND AS SUCCESSOR BY MERGER
8  TO CHASE HOME FINANCE LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. RIESE, aka MICHAEL RIESE,<br><br>Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, NDEx WEST, LLC, J.P. MORGAN CHASE BANK, NA, and DOES 1 – 10,<br><br>Defendants. | **CASE NO.: C 11-03297 NJV**<br><br>**JUDGE:** Hon. Nandor J. Vadas<br><br>[PROPOSED] **ORDER GRANTING MOTION TO APPEAR BY TELEPHONE AT THE MOTION TO DISMISS COMPLAINT**<br><br>**CTRM:** 205A, 2nd Floor<br>**DATE:** September 13, 2011<br>**TIME:** 10:00 a.m.<br><br>**Action Filed:** June 15, 2011 |

The Court, having reviewed the Motion to Appear by Telephone at the Motion to Dismiss the Complaint ("Motion") filed by Defendant JPMorgan Chase Bank, N.A., for itself and as successor by merger to Chase Home Finance LLC ("JPMorgan" and "Defendant") in good cause appearing therefore, hereby orders as follows:

///

///

1   IT IS HEREBY ORDERED THAT Defendant may appear telephonically at the Motion
2   currently set to be heard on September 13, 2011 at 10:00 a.m. in Courtroom 205A, 2nd Floor before
3   the Honorable ~~District~~ Magistrate Judge Hon. Nandor J. Vadas, of the above-entitled Court, by and through its
4   counsel, S. Christopher Yoo, (714) 852-6800.   Counsel shall call 888-684-8852, enter access code 8120805 and security code 4487

5
6   DATED: 9/9/11                                By: _____
7                                                Hon. Nandor J. Vadas
                                                 U.S. ~~District~~ Court Judge
                                                 Magistrate

2

[PROPOSED] ORDER GRANTING MOTION TO APPEAR BY TELEPHONE

1224202.1

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA