UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL D. RIESE,<br><br>    Plaintiff,<br><br>  v.<br><br>CHASE HOME FINANCE, LLC, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-03297 NJV<br><br>**ORDER SETTING DEADLINE FOR FILING FIRST AMENDED COMPLAINT** |

    On September 13, 2011, this Court granted in part and denied in part defendant JPMorgan Chase Bank, N.A.'s motion to dismiss the complaint filed by plaintiff Michael Riese. Doc. No. 15. The Court granted Riese leave to amend his Sixth Claim for violation of the federal Fair Credit Reporting Act and his Seventh Claim for violation of the federal Fair Debt Collections Practices Act, but failed to set a deadline for filing an amended complaint, should Riese choose to amend his pleading.

    The Court now orders that Riese must file any amended complaint within twenty (20) days from the date of this order.

IT IS SO ORDERED.

Dated: September 22, 2011

NANDOR J. VADAS
United States Magistrate Judge