UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL D. RIESE, | No. C 11-03297 NJV |
| Plaintiff, | **ORDER RE OCTOBER 18, 2011 CASE MANAGEMENT CONFERENCE** |
| v. | |
| CHASE HOME FINANCE, LLC, et al., | |
| Defendants. | |

In their joint case management statement (Doc. No. 18), the parties indicated a preference for waiting to schedule discovery, settlement, and ADR deadlines until the pleadings were resolved. In light of this, rather than holding the planned initial case management conference on October 18, 2011, the Court has determined it would be more appropriate for the Court and the parties to discuss the general status of the case at this time. Accordingly, on October 18, 2011, at 2:00 p.m., a status conference will be held in lieu of an initial case management conference. The parties need not file any additional documents, and are ordered to appear telephonically by dialing 1-888-684-8852, then using access code 8120805 and security code 4487.

IT IS SO ORDERED.

Dated: October 12, 2011

NANDOR J. VADAS
United States Magistrate Judge