S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
YUNNIE YOUN AHN (CA Bar No. 265517)
yahn@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., FOR
ITSELF AND AS SUCCESSOR BY MERGER
TO CHASE HOME FINANCE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. RIESE, aka MICHAEL RIESE,<br><br>        Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, NDEx WEST, LLC, J.P. MORGAN CHASE BANK, NA, and DOES 1 – 10,<br><br>        Defendants. | **CASE NO.: C 11-03297 NJV**<br><br>**JUDGE:** Hon. Nandor J. Vadas<br><br>**[PROPOSED] ORDER GRANTING MOTION TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE**<br><br>**CTRM:** 205A, 2nd Floor<br>**DATE:** October 18, 2011<br>**TIME:** 2:00 p.m.<br><br>**Action Filed:** June 15, 2011 |

The Court, having reviewed the Motion to Appear by Telephone at the Case Management Conference filed by Defendant JPMorgan Chase Bank, N.A., as itself and as successor by merger to Chase Home Finance LLC ("JPMorgan" and "Defendant") in good cause appearing therefore, hereby orders as follows:

///

///

1

1    IT IS HEREBY ORDERED THAT Defendant may appear telephonically at the Case
2 Management Conference currently set to be heard on October 18, 2011 at 2:00 p.m. in Courtroom
3 205A, 2nd Floor before the Honorable Magistrate Judge Hon. Nandor J. Vadas, of the above-entitled
4 Court, by and through its counsel, S. Christopher Yoo, (714) 852-6800.
5 Counsel shall call 888-684-8852, enter access code 8120805 and security code 4487 for the
6 telephonic appearance.

DATED: 10/12/11                                By: _____
                                                    Hon. Nandor J. Vadas
                                                    U.S. Magistrate Judge