EDWARD A. TREDER
State Bar No. 116307
MASUMI J. PATEL
State Bar No. 233921
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765
(626) 915-5714 – Phone
(626) 915-0289 – Fax
File No. 20110187400846

Attorneys for Defendant NDeX WEST, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DISTRICT

| | |
|---|---|
| MICHAEL D. RIESE aka MICHAEL RIESE,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC; NDEX WEST LLC; J.P. MORGAN CHASE BANK, NA.; and DOES 1-10,<br><br>Defendants. | CASE NO. 1:11-cv-03297-NJV<br><br>[~~PROPOSED~~] ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDeX WEST, LLC<br><br>[NO HEARING REQUIRED] |

The Stipulation of Non-Monetary Status by and between Plaintiff MICHAEL D. RIESE aka MICHAEL RIESE and Defendant NDeX WEST, LLC, the pertinent parts of which are set forth below, is hereby approved.

///

[~~PROPOSED~~] ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDeX WEST, LLC
-1-

1  Plaintiff does not assert any claims for monetary relief against Defendant NDeX WEST, LLC, and Plaintiff's First Amended Complaint does not allege any misconduct on Defendant NDeX WEST, LLC's part in the performance of its duties and/or in its handling of the non-judicial foreclosure as agent for the mortgage lender(s) and/or as successor trustee under the subject Deed of Trust. Defendant NDeX WEST, LLC and Plaintiff shall have no liability to each other for any monetary damages including, attorney's fees or costs of suit.

Defendant NDeX WEST, LLC shall be bound by any non-monetary judgment or order that may be entered by the Court concerning (a) ownership and title to the subject real property, (b) the validity, enforceability and priority of the subject Deed of Trust, and/or (c) the non-judicial foreclosure proceeding.

Defendant NDeX WEST, LLC shall postpone the non-judicial foreclosure sale concerning the real property that is the subject of this litigation while litigation is pending.

GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: January 5, 2012

HONORABLE NANDOR J. VADAS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDeX WEST, LLC
-2-