1  EDWARD A. TREDER
   State Bar No. 116307
2  MASUMI J. PATEL
   State Bar No. 233921
3  BARRETT DAFFIN FRAPPIER
   TREDER & WEISS, LLP
4  20955 Pathfinder Road, Suite 300
5  Diamond Bar, CA 91765
   (626) 915-5714 – Phone
6  (626) 915-0289 – Fax
7  File No. 20110187400846
8
9  Attorneys for Defendant NDeX WEST, LLC

10

11            UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA

13                 EUREKA DISTRICT

14

15 | MICHAEL D. RIESE aka MICHAEL | CASE NO. 1:11-cv-03297-NJV
   | RIESE, |
16 |                             | [PROPOSED] ORDER RE
   |              Plaintiff,      | STIPULATION OF NON-
17 |     vs.                     | MONETARY STATUS OF
   |                             | DEFENDANT NDeX WEST, LLC
18 |                             |
19 | CHASE HOME FINANCE, LLC; NDEX |
   | WEST LLC; J.P. MORGAN CHASE   |
20 | BANK, NA.; and DOES 1-10,     | [NO HEARING REQUIRED]
21 |                             |
22 |              Defendants.     |

23     The Stipulation of Non-Monetary Status by and between Plaintiff MICHAEL D.

24 RIESE aka MICHAEL RIESE and Defendant NDeX WEST, LLC, the pertinent parts

25 of which are set forth below, is hereby approved.

26 ///

27

28

1    Plaintiff does not assert any claims for monetary relief against Defendant NDeX
2  WEST, LLC, and Plaintiff's First Amended Complaint does not allege any misconduct
3  on Defendant NDeX WEST, LLC's part in the performance of its duties and/or in its
4  handling of the non-judicial foreclosure as agent for the mortgage lender(s) and/or as
5  successor trustee under the subject Deed of Trust.  Defendant NDeX WEST, LLC and
6  Plaintiff shall have no liability to each other for any monetary damages including,
7  attorney's fees or costs of suit.

8    Defendant NDeX WEST, LLC shall be bound by any non-monetary judgment or
9  order that may be entered by the Court concerning (a) ownership and title to the
10 subject real property, (b) the validity, enforceability and priority of the subject Deed of
11 Trust, and/or (c) the non-judicial foreclosure proceeding.

12   Defendant NDeX WEST, LLC shall postpone the non-judicial foreclosure sale
13 concerning the real property that is the subject of this litigation while litigation is
14 pending.

15

16 GOOD CAUSE APPEARING, IT IS SO ORDERED:

17

18

19

20 Dated: January 5, 2012 _____

21                               HONORABLE NANDOR J. VADAS
                                UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28
[PROPOSED] ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDeX WEST, LLC
-2-