S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
YUNNIE YOUN AHN (CA Bar No. 265517)
yahn@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., AS
ITSELF AND AS SUCCESSOR BY MERGER
TO CHASE HOME FINANCE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. RIESE, aka MICHAEL RIESE, | CASE NO.: C 11-03297 NJV |
| Plaintiff, | JUDGE: Hon. Elizabeth D. Laporte |
| v. | |
| CHASE HOME FINANCE, LLC, NDEx WEST, LLC, J.P. MORGAN CHASE BANK, NA, and DOES 1 – 10, | [~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF SETTLEMENT CONFERENCE |
| Defendants. | Action Filed: June 15, 2011 |

GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. The Settlement Conference currently scheduled for July 20, 2012, is continued to July 23, 2012 at 9:30 a.m. in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102, before the Honorable Elizabeth D. Laporte.

///

///

///

1

2      2.      The deadline for the Confidential Settlement Conference Statement is continued from

3 July 10, 2012 to July 20, 2012, by noon.

4

5

6 DATED:  July 10, 2012                 By:_____

7                                                    Elizabeth D. Laporte
                                                    Magistrate Judge of the U.S. District Court



ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

2
[PROPOSED] ORDER GRANTING CONTINUANCE OF SETTLEMENT CONFERENCE
3239751.1 -- AL109.2373