UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL D. RIESE,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE HOME FINANCE, LLC, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-03297 NJV<br><br>**ORDER RE DEFENDANT'S *EX PARTE* APPLICATION**<br>**(Doc. No. 43)** |

Defendant JPMorgan Chase Bank, N.A. filed an *ex parte* application to modify the scheduling order in this action. Doc. No. 43. Plaintiff Michael Riese may file a response to the *ex parte* application no later than 4:30 p.m. on Friday, September 28, 2012. The *ex parte* application will be heard on October 2, 2012, at 10:00 a.m., in Eureka, California. The parties may appear in person or by telephone, and should contact the undersigned's courtroom deputy to specify their method of appearance no later than 4:30 p.m. on September 28, 2012.

Pending the resolution of the *ex parte* application, **Defendant is ordered to place a hold on the foreclosure proceedings in connection with the property at issue in this action**.

IT IS SO ORDERED.

Dated: September 26, 2012

NANDOR J. VADAS
United States Magistrate Judge