```
1  ROBERT F. COCHRAN
   STATE BAR #068126
2  LAW OFFICE OF
   ROBERT F. COCHRAN
3  888 FOURTH STREET
   CRESCENT CITY, CA 95531
4  (707) 464-3178
5
   Attorney for Plaintiff
6
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. RIESE, aka MICHAEL RIESE, <br><br> Plaintiff <br><br> vs <br><br> CHASE HOME FINANCE, LLC, NDEx WEST, LLC, J.P. MORGAN CHASE BANK, NA, and DOES 1 - 10, <br>_____Defendants_____/ | CASE NO.  C-11-03297 NJV <br><br> ORDER ON REQUEST TO EXTEND DISCOVERY CUT-OFF DATE AND MOTION HEARING DEADLINE <br><br> HEARING DATE:   10/04/12 <br> TIME;                        9:00 a.m. <br> LOCATION:         USDC <br>                               514 H STREET <br>                               EUREKA CA 95501 <br><br> Action Filed:    06/15/2011 |

   This matter came on for hearing at the above date and time with moving party, Chase Home Finance et al, and attorney for Plaintiff, Michael D. Riese, both appearing telephonically. Having reviewed the motion and objection, and following argument by both parties;

   THE COURT RULES:

1. **TRIAL DATE**:

   The trial date currently scheduled for January 22, 2013 at 9 a.m. is vacated.  A new trial date will be set at the upcoming Case Management Conference, December 18, 2012.

2. **FINAL PRETRIAL DATE:**

   The final pretrial date currently scheduled for December 18, 2012 at 2:30 p.m. is hereby vacated.

3. **FINAL MOTIONS**:

A final date for filing of motions will be scheduled on December 18, 2012.

4. **DISCOVERY CUT-OFF DATE**:

All discovery requests will be initiated on or before November 15, 2012 at 4:30 p.m.

5. **CASE MANAGEMENT CONFERENCE**:

This matter is scheduled for Case Management Conference on December 18, 2012 at 1 p.m. Arrangements for telephonic appearance will be made on or before December 10, 2012.

6. **HOLD ON FORECLOSURE PROCEEDINGS**:

Defendant is ordered to place a hold on all foreclosure proceedings in connection with the property at issue in this action, until further court order.

Dated: October 12, 2012

_____
JUDGE NANDOR J. VADAS

IT IS SO ORDERED
Judge Nandor J. Vadas