UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MICHAEL D. RIESE,

    Plaintiff,

v.

CHASE HOME FINANCE, LLC, et al.,

    Defendants.

No. C 11-03297 NJV

**ORDER RE PLAINTIFF'S MOTION TO COMPEL**

Plaintiff Michael Riese filed a motion to compel, which is scheduled to be heard on December 11, 2012. *See* Doc. Nos. 50, 53. In its opposition to the motion, Defendant JPMorgan Chase Bank, N.A. represents that it has supplemented its responses to the document requests and requests for admission at issue, and that Plaintiff has deemed the supplemental responses sufficient. Doc. No. 52 (attaching Plaintiff's November 7, 2012 email). Defendant contends the motion is moot. Plaintiff has failed to file a reply contradicting Defendant's representation that the discovery dispute is moot; but he also has failed to withdraw the motion. To avoid the waste of judicial resources on this matter, the court orders Plaintiff on or before December 4, 2012, either to (1) withdraw his motion to compel or (2) file a reply identifying any pending issues.

IT IS SO ORDERED.

Dated: November 28, 2012

NANDOR J. VADAS
United States Magistrate Judge