1  ROBERT F. COCHRAN
   STATE BAR #068126
2  LAW OFFICE OF
   ROBERT F. COCHRAN
3  888 FOURTH STREET
   CRESCENT CITY, CA  95531
4  (707) 464-3178

5

   Attorney for Plaintiff
6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL D. RIESE, aka MICHAEL          CASE NO.  C-11-03297 NJV
    RIESE,
12
            Plaintiff
13                                         STIPULATION AND ORDER TO
                                           CONTINUE DEPOSITION
14          vs

    CHASE HOME FINANCE, LLC, NDEx              &  ORDER
15  WEST, LLC, J.P. MORGAN CHASE
    BANK, NA, and DOES 1 - 10,
16          Defendants

17      The parties agree as follows:

18  1.  Plaintiff, Mike Riese, with the agreement of Defendant's counsel scheduled a deposition for

19  the person most qualified from JP Morgan Chase.  The date scheduled was February 18, 2013.

20  2.  At the recent case management conference, February 18, 2013, was set as the last date for

21  discovery in regards to percipient witnesses.

22  3.  Due to unavailability of lead counsel for Chase, and the fact that February 18, 2013 is a

23  national holiday on which Defendant Counsel's firm is closed, Defendant's counsel have

24  requested rescheduling of the deposition to a date after the court ordered closure date.

25  4.  As an accommodation to Defendant Chase, it is agreed that the deposition of the person most

26  qualified at JP Morgan Chase is rescheduled for __3/4/2013__ to begin at 10 a.m.

27  5.  Defendant JP Morgan Chase waives any objection to use of the deposition testimony at trial

28  based upon failure to take the deposition on or before February 18, 2013.

6.  We have read the foregoing stipulation and agree to entry of an order in accordance with the terms and provision of the Stipulation.

Dated: 2/15/2013

ROBERT F. COCHRAN, Attorney for
Plaintiff Michael Riese.

Dated: 2/18/2013

YUNNIE YOUN AHN, Attorney for
Defendant JP Morgan Chase Bank

## ORDER

The parties are ordered to comply with the foregoing stipulation.

Dated: February 25, 2013

HON. NANDOR J. VADAS
Judge of the US District Court