UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| MICHAEL D. RIESE, aka MICHAEL RIESE, | CASE NO.: C 11-03297 NJV |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER APPROVING JOINT STIPULATION FOR CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER |
| CHASE HOME FINANCE, LLC, NDEx WEST, LLC, J.P. MORGAN CHASE BANK, NA, and DOES 1 – 10, | |
| Defendants. | Action Filed: June 15, 2011 |

The Court, having reviewed the Joint Stipulation ("Stipulation") entered into and filed by plaintiff Michael D. Riese ("Plaintiff"), and defendant JPMorgan Chase Bank, N.A., for itself and as successor by merger to Chase Home Finance LLC ("JPMorgan" or "Defendant") (together with the Plaintiff, the "Parties" and each a "Party"), and good cause appearing thereto,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation of the Parties is approved in its entirety.

**IT IS SO ORDERED.**

DATED: May 9, 2013        By: _/s/ Nandor J. Vadas_
Nandor J. Vadas
U.S. Magistrate Judge

---

[~~PROPOSED~~] ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER
3533387.1 -- AL109.2373