```
ROBERT F. COCHRAN
STATE BAR #068126
LAW OFFICE OF
ROBERT F. COCHRAN
888 FOURTH STREET
CRESCENT CITY, CA  95531
(707) 464-3178


Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. RIESE, aka MICHAEL RIESE,<br><br>       Plaintiff<br><br>vs<br><br>CHASE HOME FINANCE, LLC, NDEx WEST, LLC, J.P. MORGAN CHASE BANK, NA, and DOES 1 - 10,<br>_____Defendants_____ / | CASE NO.  C-11-03297 NJV<br><br>ORDER DISMISSING ACTION PURSUANT TO<br><br>PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATED SETTLEMENT<br><br>HON. NANDOR J. VADAS<br><br>Fed. R. Civ. P. 41(a)(2) |

**PLEASE TAKE NOTICE** that Plaintiff, Michael D. Riese ("Plaintiff"), pursuant to Settlement of the parties, hereby dismisses all claims in this action with prejudice as to all Defendants.

Dated: 10-1-13                                   _____
                                                 ROBERT COCHRAN, Attorney for Plaintiff

IT IS SO ORDERED

DATED: 10/3/2013

*[Signature and seal: Judge Nandor J. Vadas, United States District Court, Northern District of California]*